◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MITCHELL, Appellant. [58 NYS3d 863]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Williams, J.), imposed March 30, 2015, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

Contrary to the People's contention, under the circumstances of this case, the defendant's waiver of the right to appeal does not preclude appellate review of his claim that the sentence imposed was excessive. The plea colloquy fails to establish that the defendant knowingly, voluntarily, and intelligently waived his right to appeal the severity of his sentence (*see People v Maracle*, 19 NY3d 925, 927-928 [2012]; *see also People v Sanders*, 25 NY3d 337, 340 [2015]; *People v Bradshaw*, 18 NY3d 257, 264 [2011]; *People v Lopez*, 6 NY3d 248, 256 [2006]). However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Dillon, Sgroi, Miller and Brathwaite Nelson, JJ., concur.